UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| WILLIAM JOHN BARBER, | Civil No. 10-3317 (JRT/SER) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| JEFF SCHMIDT, JULIE MILLER, J. SOLMONSON, DAN CANSINO, ANN PARIS, AND B.J. JETT, | |
| Defendants, | |

_____

William John Barber, #02365-0029, C/O Alice Barber, 954 South 24th Street, Fort Dodge, IA 50501, pro se plaintiff.

Lonnie Bryan, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated July 12, 2011 [Docket No. 44]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss or, Alternatively for Summary Judgment [Docket No. 31] is **GRANTED**; and

2. Plaintiff William John Barber's Motion for Summary Judgment [Docket No. 36] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 9, 2011
at Minneapolis, Minnesota                      ___   s/ John R. Tunheim   _____
                                                JOHN R. TUNHEIM
                                             United States District Judge